1
2
3
4
5          UNITED STATES DISTRICT COURT
6          CENTRAL DISTRICT OF CALIFORNIA
7              SOUTHERN DIVISION
8
UNITED STATES OF AMERICA,          )    CASE NO: SACR 11-0271-JVS
9                                   )
10              Plaintiff,          )    CORRECTED JUDGMENT
                                    )    REVOKING **PROBATION**
11      vs.                         )
12                                  )
13                                  )
David Anthony Olivo,                )
14                                  )
15              Defendant.          )
16   _____ )
17

18      WHEREAS, on January 29, 2013, came the attorney for the
19   Government, Douglas McCormick and the defendant appeared in person
20   with appointed counsel, Daniel McCurrie, and U.S. Probation Officer Joe
21   Torres present; and the defendant having admitted allegations 1 through 4
22   on January 29, 2013, as stated in the Petition on Probation filed January
23   17, 2013,
24
25      WHEREAS, on January 29, 2013, the Court FOUND that the defendant
26   violated the conditions of **probation** imposed on July 23, 2012, (See
27   Original Judgment and Commitment Order),
28
        NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court,

1  the period of **probation** is revoked and vacated, and the defendant is

2  committed to the custody of the Bureau of Prisons for a period of sixty (60)

3  days.  Defendant to surrender himself to the U.S. Marshal's Office by noon

4  on February 5, 2013.  Upon release from imprisonment the defendant **shall**

5  **be placed on supervised release for a period of 1 year under the same**

6  **terms and conditions previously set for probation in the original**

7  **judgment.**

8

9    The Court advises the defendant of his right to appeal.

10

11     IT IS ORDERED that the Clerk deliver a copy of this Judgment and

12  Commitment Order to the U.S. Marshal and the U.S. Probation Office and

13  this copy shall serve as the commitment of the defendant.

14

15

16  DATE:  January 31, 2013

17                                         JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

18

19  FILED: January 31, 2013

20  Terry Nafisi,  CLERK

21

22  by: *Dwayne Roberts*

23     Deputy Clerk

24

25

26

27

28